ORIGINAL

FILED
AUG 1 0 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:   (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:                                  ) Chapter 13
                                        )
LUIS GARCIA FIGUEROA                    ) Case No. 05-59156 RLE
                                        )
                                        ) **NOTICE OF UNCLAIMED DIVIDEND**
                                        )
              Debtor                    )
                                        )

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2473100 for an unclaimed dividend in the amount of $17.25.  The name and address of the claimant entitled to the unclaimed dividend is as follows;

LUIS GARCIA FIGUEROA
***MAIL RETD 10/09***
15 LINDEN RD
WATSONVILLE, CA  95076

Dated:  August 04, 2010

_____
DEVIN DERHAM-BURK, TRUSTEE